BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $15,408.00 IN U.S. CURRENCY, <br><br> Defendant. | 1:13-CV-00944-LJO-SAB <br><br> **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |

It is hereby stipulated by and between the United States of America and Claimant Jeffery Owen Gilbert (hereafter "Claimant"), by and through his respective attorney, as follows:

1. On or about March 27, 2013, Claimant filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration with respect to the approximately $15,408.00 in U.S. Currency (hereafter "currency"), which was seized on or about November 27, 2012.

2. The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

Stipulation and Order Extending the United States' Time to File a Complaint for Forfeiture and/or Obtain an Indictment Alleging Forfeiture

1

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 23, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to August 23, 2013.

Dated:   June 20, 2013            BENJAMIN B. WAGNER
                                  United States Attorney


                                   /s/ Jeffrey A. Spivak
                                  JEFFREY A. SPIVAK
                                  Assistant United States Attorney


Dated:   June 20, 2013             /s/ Mark S. Axup
                                  MARK S. AXUP
                                  Attorney for Claimant
                                  Jeffery Owen Gilbert
                                  (Original signature retained by attorney)

**IT IS SO ORDERED.**

IT IS SO ORDERED.

   Dated:   **June 25, 2013**              **/s/ Lawrence J. O'Neill**
                                  UNITED STATES DISTRICT JUDGE

2

Stipulation and Order Extending the United States'
Time to File a Complaint for Forfeiture and/or Obtain
an Indictment Alleging Forfeiture