1
2
3
4
5                           UNITED STATES DISTRICT COURT
6                           EASTERN DISTRICT OF CALIFORNIA
7
8  UNITED STATES OF AMERICA,              CASE NO. CV F 13-0944 LJO SAB
9              Plaintiffs,                **ORDER TO CLOSE ACTION**
                                          (Doc. 3)
10       vs.
11
12 APPROXIMATELY $15,408 IN
   U.S. CURRENCY,
13
                Defendant.
14 _____/
15      Given the Notice of Election filed by the United States of America, this Court DIRECTS
16 the clerk to close this action.
17
18
19
20 IT IS SO ORDERED.
21     Dated:   **August 27, 2013**                    **/s/ Lawrence J. O'Neill**
22                                                    UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

1